UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAE SINGH,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA SANDOVAL,<br><br>Defendant. | Case No. 1:26-cv-06929-KES-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br><u>TWENTY-ONE (21) DAY DEADLINE</u> |

On August 31, 2026, Plaintiff Renae Singh ("Plaintiff"), filed this action asserting claims against Jessica Sandoval. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). But Plaintiff's application is insufficient for the court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff leaves blank almost all the boxes in section 3 of the application. These boxes inform the sources she received money from in the past twelve months, the amount she receives, and what she expects to continue to receive. (*See* ECF No. 2 at ¶ 3.) Having considered the application, the court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the court will order Plaintiff to complete and file an application to proceed in district court without prepaying fees or costs (long form) – AO 239. Plaintiff is instructed not

to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that she intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action may be dismissed.

IT IS SO ORDERED.

Dated: **September 3, 2026**

UNITED STATES MAGISTRATE JUDGE